FILED
AUG 2 9 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-946C |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, Cherokee Medical Services, LLC ("CMS"), by its undersigned attorneys, files this Complaint for declaratory judgment and monetary damages against the defendant, the United States of America.

## INTRODUCTION

On August 30, 2004, by letter of that same date, the Department of the Army, U.S. Army Medical Command, Health Care Acquisition Activity, Europe Regional Contracting Office, issued a final decision on Task Order DADA10-03-D-0010-8W02, which was awarded to CMS on April 30, 2004. The Contracting Officer ("CO"), John C. Pastino, unilaterally terminated this Task Order for cause. (*See* Exhibit A attached hereto).

On December 3, 2004, by email of that same date, the Department of the Army, U.S. Army Medical Command, Health Care Acquisition Activity, Europe Regional Contracting Office, issued a final decision on Task Order DADA10-03-D-0010-8W01, which was awarded to CMS on April 30, 2004. The CO, Margaret Otto, unilaterally terminated this Task Order for cause. (*See* Exhibit B attached hereto).

CMS brings this action to convert the "for cause" terminations into terminations for convenience, which would contractually entitle CMS to compensation for the terminations and

clear its record.

## JURISDICTION

Jurisdiction is proper under 28 U.S.C. § 1491(a)(1), which gives the United States Court of Federal Claims jurisdiction to render judgment upon any claim against the United States founded upon any express or implied contract with the United States or for damages in cases not sounding in tort. Jurisdiction is also proper in this Court pursuant to 28 U.S.C. § 1491(a)(2), which provides that the Court of Federal Claims shall have jurisdiction to render judgment on any claim by or against, or dispute with, a contractor arising under section 10(a)(1) of the Contract Disputes Act of 1978, including a dispute concerning a termination of contract and other non-monetary disputes on which a decision of the contracting officer has been issued under section 6 of that Act. This court also has exclusive jurisdiction over non-tort money damage claims against the United States that exceed $10,000. 28 U.S.C. §1346(a)(2).

## FACTUAL ALLEGATIONS

1. CMS is a wholly Native American-owned and § 8(a) certified limited liability company. CMS's mailing address is One Cherokee Circle, P.O. Box 860, Stillwell, Oklahoma 74960-0860.

2. CMS's principal business is to provide civilian medical personnel through government awarded contracts to the Department of Defense for U.S. military bases across the globe.

3. On March 29, 2004, the CO for the Europe Regional Contracting Office of the Army, Margaret Otto, issued a Solicitation for offers for recruitment of medical personnel at the U.S. hospital in Heidelberg, Germany under the MEDCOM iMAP program.

4. CMS responded to the Solicitation on the basis that the Government was going to

seek Troop Care Status for the employees.

5. On April 30, 2004, CMS was awarded a contract to provide civilian medical personnel for the U.S. Hospital located in Heidelberg, Germany. The contract consisted of Task Order DADA10-03-D-0010-8W01 ("Task Order No.1") and Task Order DADA10-03-D-0010-8W02 ("Task Order No. 2").

6. Task Order No. 1 required CMS to recruit the personal services of one Clinical Social Worker and one Licensed Practical Nurse for employment at the U.S. Army Medical Department at the U.S. hospital in Heidelberg, Germany.

7. Task Order No. 2 requested CMS to recruit the personal services of twenty-three (23) additional medical personnel in nine (9) different medical employment positions at the U.S. Army Medical Department at the U.S. hospital in Heidelberg, Germany.

8. Pursuant to the Solicitation, CMS recruited approximately twenty-seven (27) employees ready to work in Germany under Task Order No. 2, which had an initial start date of June 1, 2004, and had recruited approximately eleven (11) employees under Task Order No. 1, which had a projected start date of September 6, 2004.

9. CMS obtained these employment commitments based on its understanding that the Government would seek Troop Care Status for those employees from Germany as the host nation.

10. Troop Care Status, otherwise known as DOCPER, provides certain significant financial benefits and logistic support to the employee, which allows the individual to accept a lower wage rate. For example, employees in Troop Care Status positions do not have to pay German taxes, they can buy their gas and other items at reduced prices from the PX and Commissary, and they can bring their own vehicle to Germany without modification and at the

Government's expense. Without Troop Care Status, the same employee would have to pay high German taxes on his/her income, higher gas rates (gasoline cost approximately $5.25 per gallon in 2004, before the recent increases worldwide in 2005), higher consumer prices on other items due to the strength of the Euro, modify their cars to bring them to Germany, and transport their cars at their own expense.

11. On April 30, 2004, CMS was copied on an e-mail from CO Margaret Otto advising CMS to "get with the COR [the Contracting Officer's Representative] to start the DOCPER process immediately, in order to avoid any delays with the performance start date."

12. Subsequently, the Government revealed to CMS, post-award, that it would only seek Troop Care Status on Task Order No. 1 but that it would not seek Troop Care Status on Task Order No. 2. The Government materially changed the terms and conditions of the contract and CMS' previously expressed understanding of the task order. When the recruited employees were advised that the benefits of Troop Care Status would not be made available to them, none of the employees already committed would accept the offer of employment in Germany because of the additional costs associated and withdrew their commitments.

13. On August 30, 2004, the CO issued a final decision terminating CMS for cause under Task Order No. 2. The CO's decision was improper and not in accordance with the provisions of the contract and applicable law. Any alleged failure of performance by CMS under Task Order No. 2 was justified by the CO's failure to seek Troop Care Status for the solicited positions or to advise CMS in advance that he had no intention to seek Troop Care Status. At all times, CMS acted in good faith in seeking to fulfill the requirements of Task Order No. 2, and any alleged failure to perform was excusable as beyond CMS's control and through no fault of its own.

14. On July 12, 2004, the CO amended Task Order No. 1 to replace the position of Clinical Social Worker (FAP) with the position of Licensed Clinical Social Worker (LCSW).

15. CMS bid the contract on the basis of obtaining the employment of a Clinical Social Worker. In fact, it obtained five (5) Clinical Social Workers to fill this one (1) position. When the Government changed the requirement to a Licensed Clinical Social Worker, CMS advised the Government that it would be much harder to fill that position.

16. CMS spent a tremendous amount of effort and money on advertising for the new Licensed Clinical Social Worker position and received not a single response. This effort included advertising in Stars & Stripes, Military Times, Heidelberg Post, and U.S.A. Today. Despite these good faith efforts, and through no fault of CMS, CMS was unable to locate an individual that showed any interest in the position.

17. The second position on Task Order No. 1 was for the position of Licensed Practical Nurse. CMS recruited approximately six (6) persons for that position. CMS submitted two (2) names for the LPN position to the COR. CMS was advised that both were acceptable to the COR but that she preferred one over the other. The person the COR preferred unexpectedly changed his mind and decided not to take the position. The second person approved by the COR then agreed to accept the position. However, for reasons unknown to CMS, the CO and COR failed to accept this person's acceptance of employment.

18. On December 3, 2004, by email of that same date, CO Margaret Otto unilaterally terminated Task Order No. 1 for cause.

19. The CO's decision was improper and not in accordance with the provisions of the contract and applicable law. Any alleged failure of performance by CMS under Task Order No. 2 was justified by the CO's post-award change in the position being offered (from a Clinical

# EXHIBIT A

**DEPARTMENT OF THE ARMY**
**U.S. ARMY MEDICAL COMMAND, HEALTH CARE ACQUISITION ACTIVITY**
**EUROPE REGIONAL CONTRACTING OFFICE**
**CMR 402**
**APO AE 09180**

MCAA-E

30 August 2004

Cherokee Medical Services LLC
One Cherokee Circle
P.O. Box 860
Stilwell, OK 74960-0860

Dear Mr Miles,

This is notice of termination for cause of Task Order DADA10-03-D-0010-8W02. Cherokee Medical Services LLC was awarded this Task Order on 30 April 2004. Due date for performance was 1 June 2004 under CLIN 0002 including all its subCLINs. As of this date Cherokee Medical Services LLC has not performed.

In accordance with clause FAR 52.212-4 (m) Termination for Cause, we are terminating this Task Order for cause.

The Government reserves the rights to any remedies available under law regarding this termination.

This notice constitutes a final decision of the contracting officer. The contractor has the right to appeal under the Disputes clause.

For questions, please call Margaret Otto at 06371-86-8472, or send a telefax to 06371-86-8070.

Sincerely,

JOHN C. PASTINO
Contracting Officer
Chief, Europe Regional Contracting Office

cc:
COR

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: 01
3. EFFECTIVE DATE: 30-Aug-2004
4. REQUISITION/PURCHASE REQ. NO.: WK4FZW40418967
5. PROJECT NO. (If applicable):

6. ISSUED BY CODE W9114F
EUROPE REGIONAL CONTRACTING OFFICE
ATTN ECC
BLDG 3705
LANDSTUHL KIRCHBERG 66849

7. ADMINISTERED BY (If other than item 6) CODE W9114F
EUROPE REGIONAL CONTRACTING OFFICE
MCAA E M OTTO BLDG 3705
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-86-8472 FAX 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-8070
66849 LANDSTUHL KIRCHBERG
GERMANY

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
CHEROKEE MEDICAL SERVICES LLC
ONE CHEROKEE CIRCLE
PO BOX 860
STILWELL OK 74960-0860

CODE 1M6E9 FACILITY CODE 1M6E9

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DADA10-03-D-0010-8W02
X 10B. DATED (SEE ITEM 13) 04-Dec-2002

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended. ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
Unilateral; FAR 52.212-4(m) Termination for Cause

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to terminate the order. Please see page 2 for details.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
JOHN PASTINO / CONTRACTING OFFICER
TEL: 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-86-7964 EMAIL: john.pastino@lnd.amedd.army.mil

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED 30-Aug-2004

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was decreased by $1,092,536.00 from $1,092,536.00 to $0.00.

SUBCLIN 0002BA:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $103,526.40 from $103,526.40 to $0.00

SUBCLIN 0002BB:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $88,905.60 from $88,905.60 to $0.00

SUBCLIN 0002BC:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $52,358.40 from $52,358.40 to $0.00

SUBCLIN 0002BD:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $53,548.80 from $53,548.80 to $0.00

SUBCLIN 0002BE:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $118,944.00 from $118,944.00 to $0.00

SUBCLIN 0002BF:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $59,500.80 from $59,500.80 to $0.00

SUBCLIN 0002BG:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $59,500.80 from $59,500.80 to $0.00

SUBCLIN 0002BH:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $77,107.20 from $77,107.20 to $0.00

SUBCLIN 0002BJ:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $31,104.00 from $31,104.00 to $0.00

SUBCLIN 0002CA:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $345,000.00 from $345,000.00 to $0.00

SUBCLIN 0002CB:

AA: 97401301881074324084771498205252GDCGIRNWK4FZW40418967GIRNDC091596 was decreased by $103,040.00 from $103,040.00 to $0.00

(End of Summary of Changes)

# EXHIBIT B

-----Original Message-----
**From:** Otto, Margaret M LND [mailto:Margaret.Otto@lnd.amedd.army.mil]
**Sent:** Friday, December 03, 2004 2:14 AM
**To:** Puterbaugh, Anita Ms USAMH; Harp, Roosevelt Mr USAMH; St Andrews, John P CPT USAMH; Cherokee - Coody; Cherokee - Miles
**Cc:** Walker, Margaret A Ms HCAA-CHCC; DOCPER - Jakoby; Jelen, Cynthia O Ms HCAA-CHCC; SBA - Banks; SBA - Fugate; Gerry Loughlan; Sabine Lehmann; Sharon Dailey; Harald Breuer; Heidi Smith; Imelda Stumpf; James Newman; Kelly Thomson; Mohammed Abdella; Sandra Donohue
**Subject:** Dist of Mod W9114F-03-D-0010-8W01-03

Dear Mr Miles,

Please find subject modification attached together with notice of termination for subject order.

Modification has been faxed to DFAS Europe.

Kind Regards,

Margaret Otto, CPIM
Contracting Officer
MEDCOM Europe Regional Contracting Office
Phone: (DSN) 486-8472; (CIV) 06371-86-8472; fax: 06371-86-8070
Homepage: http://www.healthcare.hqusareur.army.mil/ERCO-Contracting/default.htm

PRIVACY ACT STATEMENT: IAW AR 340-21, CHAPTER 3. The information contained in this email message is intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient, or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or editing of this communication is strictly prohibited.