IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-946C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 calendar days, to and including November 30, 2005, within which to respond to plaintiffs' complaint. Defendant's response is presently due October 31, 2005. This is defendant's first request for an enlargement of time. Government counsel has informed plaintiff's counsel of this motion and represents that plaintiff does not oppose the Court's granting the Government the requested enlargement of time.

The additional time is requested so that Government counsel adequately can prepare and file the Government's response to the complaint. This case was assigned to Government counsel while he was in the midst of defending the bid protest of Alion Science and Technology Corporation v. United States, No. 05-1072, which was immediately followed by Government counsel's travel to Anchorage, Alaska to defend a previously-scheduled deposition. Accordingly, Government counsel has been unable to investigate the allegations made in the complaint and provide a full and adequate responses to them. Moreover, the relevant Governmental agency, the United States Army, has not yet been able to provide a litigation report, addressing the allegations contained in the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

October 31, 2005

Attorneys for Defendant