# In the United States Court of Federal Claims

No. 05-946 C

(E-Filed: November 14, 2005)

| | |
|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Defendant's Unopposed Motion for Enlargement of Time (motion), electronically filed November 1, 2005. The court notes that the deadline for filing defendant's answer was October 28, 2005. Notwithstanding this deficiency and based on the representations contained therein, the court hereby GRANTS defendant's motion. On or before November 30, 2005 defendant shall file its response to plaintiffs' complaint.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge