IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-946C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of seven calendar days, to and including January 27, 2006, for the parties to file their Joint Preliminary Status Report ("JPSR"). The JPSR is presently due January 20, 2006. This is the first request for an enlargement of time for this matter. Government counsel has discussed this matter with plaintiff's counsel and represents that plaintiff does not oppose the Court's granting the Government the requested enlargement of time.

The additional time is requested so that the parties may adequately confer upon the JPSR's contents prior to its filing. Lead counsel for plaintiff, Mr. Cundra, is presently in Africa and will not return until the week of January 23, 2006. Although Mr. Cundra's co-counsel, Ms. Gluck, is available (she provided consent for this motion), it is believed that the parties and the Court will be better served by a JPSR crafted with Mr. Cundra's input.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

January 18, 2006

Attorneys for Defendant