# In the United States Court of Federal Claims

No. 05-946C

(Filed: January 20, 2006)

```
****************************************  *
                                          *
CHEROKEE MEDICAL SERVICES, LLC,           *
                                          *
                    Plaintiff,            *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
****************************************  *
```

ORDER

Defendant's January 18, 2006 Unopposed Motion for Enlargement of Time to File Joint Preliminary Status Report is hereby granted, and the due date is extended to January 27, 2006.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge