IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-946C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PRELIMINARY STATUS REPORT**

In accordance with Rule 16 of the Rules of the United States Court of Federal Claims ("RCFC"), and Appendix A to this Court's rules, the parties respectfully submit the following joint preliminary status report. The lettered and numbered paragraphs below correspond with the lettered and numbered paragraphs of Part III of Appendix A.

**a. Does the Court have jurisdiction over the action?**

This is an action under the Contract Disputes Act of 1978, 41 U.S.C. § 409(a) (“CDA”). Plaintiff asserts jurisdiction pursuant to 28 U.S.C. § 1491(a)(1) and § 1491(a)(2). Defendant has identified no reason to question the jurisdiction of the Court at this time.

**b. Should the case be consolidated with any other case?**

The parties agree that this case should not be consolidated with any other case.

**c. Should the trial of liability and damages be bifurcated?**

The parties agree that trial of liability and damages should not be bifurcated.

**d. Should further proceedings in this case be deferred pending consideration of another case before this Court or any other tribunal?**

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

**e. Will a remand or a suspension be sought?**

The parties agree that no remand or suspension will be sought.

**f. Will additional parties be joined?**

The parties agree that no additional parties will be joined.

**g. Does either party intend to file a motion pursuant to RCFC 12(b), 12(c), or 56 and, if so, what is a proposed schedule for the intended filing?**

The parties have made no decisions whether to file dispositive motions at this time. If either party determines that such a motion is appropriate, we will inform the Court and propose a schedule for briefing.

**h. What are the relevant issues?**

The parties agree that the relevant issues presented in the case appear to be whether the Government properly unilaterally terminated Task Order DADA10-03-D-0010-8W02, by letter dated August 30, 2004, and Task Order DADA10-03-D-0010-8W01, by e-mail dated December 3, 2004; if so, whether the terminations were properly "for cause;" and what monies, if any, are owing to Plaintiff or to the Government as a result of these terminations.

**i. What is the likelihood of settlement?**

At this time, the parties cannot state whether this case can be settled, although the parties have discussed the matter. If deemed warranted, the parties will pursue settlement negotiations as the litigation progresses.

**j. Do the parties anticipate proceeding to trial? Does any party, or do the parties jointly, request expedited trial scheduling? What is the requested place of trial?**

At this point, the parties believe it best to plan in anticipation of trial. Neither party requests expedited trial scheduling. For the time being, the parties believe that Washington, DC

is the most likely location which they would request for trial, but that may change as discovery proceeds.

**k. Is there any other information of which the Court should be aware at this time?**

No.

**l. What is the proposed discovery plan?**

The parties request a 12 month discovery deadline, to be followed by a joint status report to advise the Court whether dispositive motions will be filed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Steven D. Cundra
STEVEN D. CUNDRA .
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C
1120 20th Street, N.W.
Suite 700, North Building
Washington, DC 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

Attorney for Plaintiff

Attorneys for Defendant

January 27, 2006