# In the United States Court of Federal Claims

No. 05-946C

(Filed: February 7, 2006)

*************************************** *
*
CHEROKEE MEDICAL SERVICES, LLC *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

SCHEDULING ORDER

On February 7, 2006, the Court conducted a preliminary scheduling conference with counsel for the parties, pursuant to Appendix A, paragraph 7, of the Court's Rules. The Court has considered the information provided in the parties' January 27, 2006 Joint Preliminary Status Report, as well as the discussions with counsel during the scheduling conference. The pre-trial discovery schedule for this case shall be as follows:

1. All fact discovery of any kind shall be completed within 120 days, on or before June 7, 2006. This date will not be extended absent a showing of exceptional and unforeseen circumstances.

2. The Court will conduct a telephone status conference with counsel for the parties on Friday, June 9, 2006 at 10:00 AM.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge