# In the United States Court of Federal Claims

No. 05-946C

(Filed: February 27, 2006)

```
*************************************** *
                                        *
CHEROKEE MEDICAL SERVICES, LLC,         *
                                        *
                     Plaintiff,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                     Defendant.         *
                                        *
*************************************** *
```

**ORDER**

The telephone status conference previously scheduled for Friday, June 9, 2006 at 10:00 AM has been RESCHEDULED for Monday, June 12, 2006 at 2:00 PM.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge