# EXHIBIT 1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-946C<br>(Judge Wheeler) |

## NOTICE OF DEPOSITION OF MARGARET OTTO

PLEASE TAKE NOTICE that on May 9, 2006, Plaintiff Cherokee Medical Services, LLC, by an through counsel, hereby served a Notice of Deposition upon Defendant for the deposition of Margaret Otto, Europe Regional Contracting Office, Contracting Officer, to take the Deposition upon oral examination before a Notary Public qualified to give oaths at the time and place indicated below. The deposition will continue for day to day until completed. Said deposition will be for the purpose of discovery or use as evidence in this action, or both, and will be taken pursuant to the Rules of this Court.

Date: Friday, May 19th, 2006 at 10:00 a.m.

Place: Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W., Suite 700, North Building
Washington, D.C. 20036

DATED: May 9, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: ____________________
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,*
*CHEROKEE MEDICAL SERVICES LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and hand-delivered to the following individual on this 9th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S.M.Watson

Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden &
Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, Plaintiff, | ) | |
| v. | ) | Case No. 05-946C (Judge Wheeler) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 9, 2006, I served on counsel hereto, a Notice of Deposition of Margaret Otto, Europe Regional Contracting Office, Contracting Officer, together with a copy of this Certificate Regarding Discovery.

I will retain the original documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Steven D. Cundra (D.C. Bar No. 374074)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., NW
Suite 700, North Building
Washington, D.C. 20036

*Attorney for Plaintiff, Cherokee Medical Services, LLC.*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-946C<br>(Judge Wheeler) |

## NOTICE OF DEPOSITION OF JOHN C. PASTINO

PLEASE TAKE NOTICE that on May 9, 2006, Plaintiff Cherokee Medical Services, LLC, by an through counsel, hereby served a Notice of Deposition upon Defendant for the deposition of John C. Pastino, Europe Regional Contracting Office, Contracting Officer, to take the testimony upon oral examination before a notary public qualified to give oaths at the time and place indicated below. The deposition will continue for day to day until completed. Said deposition will be for the purpose of discovery or use as evidence in this action, or both, and will be taken pursuant to the Rules of this Court.

Date: Monday, May 22, 2006 at 10:00 a.m.

Place: Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W., Suite 700, North Building
Washington, D.C. 20036

DATED: May 9, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: [signature]
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,*
*CHEROKEE MEDICAL SERVICES LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and hand-delivered to the following individual on this 9th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S.M.Watson

Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-946C (Judge Wheeler) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 9, 2006, I served on counsel hereto, a Notice of Deposition of John C. Pastino, Europe Regional Contracting Office, Contracting Officer, together with a copy of this Certificate Regarding Discovery.

I will retain the original documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Steven D. Cundra (D.C. Bar No. 374074)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., NW
Suite 700, North Building
Washington, D.C. 20036

*Attorney for Plaintiff, Cherokee Medical Services, LLC.*

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-946C<br>(Judge Wheeler) |

## NOTICE OF DEPOSITION OF JAMES K. BUTLER

PLEASE TAKE NOTICE that on May 9, 2006, Plaintiff Cherokee Medical Services, LLC, by an through counsel, hereby served a Notice of Deposition upon Defendant for the deposition of James K Butler, Europe Regional Contracting Office, Contracting Officer, to take the testimony upon oral examination before a notary public qualified to give oaths at the time and place indicated below. The deposition will continue for day to day until completed. Said deposition will be for the purpose of discovery or use as evidence in this action, or both, and will be taken pursuant to the Rules of this Court.

Date: Tuesday, May 23, 2006 at 9:30 a.m.

Place: Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W., Suite 700, North Building
Washington, D.C. 20036

DATED: May 9, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: ______________________
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,*
*CHEROKEE MEDICAL SERVICES LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and hand-delivered to the following individual on this 9th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S.M. Watson

Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden &
Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-946C<br>(Judge Wheeler) |

CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 9, 2006, I served on counsel hereto, a Notice of Deposition of James K Butler, Europe Regional Contracting Office, Contracting Officer, together with a copy of this Certificate Regarding Discovery.

I will retain the original documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Steven D. Cundra (D.C. Bar No. 374074)
Hall, Estill, Hardwick, Gable, Golden &
Nelson, P.C.
1120 20th St., NW
Suite 700, North Building
Washington, D.C. 20036

*Attorney for Plaintiff, Cherokee Medical Services, LLC.*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-946C<br>(Judge Wheeler) |

## NOTICE OF DEPOSITION OF SHEILA DARRELL

PLEASE TAKE NOTICE that on May 9, 2006, Plaintiff Cherokee Medical Services, LLC, by an through counsel, hereby served a Notice of Deposition upon Defendant for the deposition of Sheila Darrell, Europe Regional Contracting Office, Contracting Officer, to take the testimony upon oral examination before a notary public qualified to give oaths at the time and place indicated below. The deposition will continue for day to day until completed. Said deposition will be for the purpose of discovery or use as evidence in this action, or both, and will be taken pursuant to the Rules of this Court.

Date: Tuesday, May 23, 2006 at 1:30 p.m.

Place: Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W., Suite 700, North Building
Washington, D.C. 20036

DATED: May 9, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: ______________________
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,*
*CHEROKEE MEDICAL SERVICES LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and hand-delivered to the following individual on this 9th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S.M. Watson

Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden &
Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-946C (Judge Wheeler) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 9, 2006, I served on counsel hereto, a Notice of Deposition of Sheila Darrell, Europe Regional Contracting Office, Contracting Officer, together with a copy of this Certificate Regarding Discovery.

I will retain the original documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Steven D. Cundra (D.C. Bar No. 374074)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., NW
Suite 700, North Building
Washington, D.C. 20036

*Attorney for Plaintiff, Cherokee Medical Services, LLC.*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-946C<br>(Judge Wheeler) |

NOTICE OF DEPOSITION OF ANITA PUTERBAUGH

PLEASE TAKE NOTICE that on May 9, 2006, Plaintiff Cherokee Medical Services, LLC, by an through counsel, hereby served a Notice of Deposition upon Defendant for the deposition of Anita Puterbaugh, United States Army Medical Activity Heidelberg, Contracting Officer's Representative, Managed Care Division, to take the testimony upon oral examination before a notary public qualified to give oaths at the time and place indicated below. The deposition will continue for day to day until completed. Said deposition will be for the purpose of discovery or use as evidence in this action, or both, and will be taken pursuant to the Rules of this Court.

Date: Wednesday, May 24, 2006 at 9:30 a.m.

Place: Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W., Suite 700, North Building
Washington, D.C. 20036

DATED: May 9, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: ______________________
One of Its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,*
*CHEROKEE MEDICAL SERVICES LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and hand-delivered to the following individual on this 9th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S.M. Watson

Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No. 05-946C (Judge Wheeler) |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 9, 2006, I served on counsel hereto, a Notice of Deposition of Anita Puterbaugh, United States Army Medical Activity Heidelberg, Contracting Officer's Representative, USAMH, Managed Care Division, together with a copy of this Certificate Regarding Discovery.

I will retain the original documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Steven D. Cundra (D.C. Bar No. 374074)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., NW
Suite 700, North Building
Washington, D.C. 20036

*Attorney for Plaintiff, Cherokee Medical Services, LLC.*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-946C<br>(Judge Wheeler) |

**NOTICE OF DEPOSITION OF KEITH SALZMAN**

PLEASE TAKE NOTICE that on May 9, 2006, Plaintiff Cherokee Medical Services, LLC, by an through counsel, hereby served a Notice of Deposition upon Defendant for the deposition of Keith Salzman, United States Army Medical Activity Heidelberg, Deputy Commander for Clinical Services, to take the testimony upon oral examination before a notary public qualified to give oaths at the time and place indicated below. The deposition will continue for day to day until completed. Said deposition will be for the purpose of discovery or use as evidence in this action, or both, and will be taken pursuant to the Rules of this Court.

Date: Wednesday, May 24, 2006 at 1:30 p.m.

Place: Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W., Suite 700, North Building
Washington, D.C. 20036

DATED: May 9, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: [signature]
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,*
*CHEROKEE MEDICAL SERVICES LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and hand-delivered to the following individual on this 9th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S.M. Watson

Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-946C<br>(Judge Wheeler) |

CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 9, 2006, I served on counsel hereto, a Notice of Deposition of Keith Salzman, United States Army Medical Activity Heidelberg, Deputy Commander for Clinical Services, together with a copy of this Certificate Regarding Discovery.

I will retain the original documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Steven D. Cundra (D.C. Bar No. 374074)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., NW
Suite 700, North Building
Washington, D.C. 20036

*Attorney for Plaintiff, Cherokee Medical Services, LLC.*

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, Plaintiff, | ) | |
| v. | ) | Case No. 05-946C (Judge Wheeler) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## NOTICE OF DEPOSITION OF EUGENE SMITH

PLEASE TAKE NOTICE that on May 9, 2006, Plaintiff Cherokee Medical Services, LLC, by an through counsel, hereby served a Notice of Deposition upon Defendant for the deposition of Eugene Smith, Health Care Acquisition Activity, Legal Advisor, to take the testimony upon oral examination before a notary public qualified to give oaths at the time and place indicated below. The deposition will continue for day to day until completed. Said deposition will be for the purpose of discovery or use as evidence in this action, or both, and will be taken pursuant to the Rules of this Court.

Date: Thursday, May 25, 2006 at 9:30 a.m.

Place: Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W., Suite 700, North Building
Washington, D.C. 20036

DATED: May 9, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: ______________________
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,*
*CHEROKEE MEDICAL SERVICES LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and hand-delivered to the following individual on this 9th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S.M.Watson

Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden &
Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | ) | Case No. 05-946C (Judge Wheeler) |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 9, 2006, I served on counsel hereto, a Notice of Deposition of Eugene Smith, Health Care Acquisition Activity, Legal Advisor, together with a copy of this Certificate Regarding Discovery.

I will retain the original documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Steven D. Cundra (D.C. Bar No. 374074)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., NW
Suite 700, North Building
Washington, D.C. 20036

*Attorney for Plaintiff, Cherokee Medical Services, LLC.*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-946C<br>(Judge Wheeler) |

## NOTICE OF DEPOSITION OF JOYCE NADEAU

PLEASE TAKE NOTICE that on May 9, 2006, Plaintiff Cherokee Medical Services, LLC, by an through counsel, hereby served a Notice of Deposition upon Defendant for the deposition of Joyce Nadeau, Health Care Acquisition Activity, Chief, Policy and Compliance, to take the testimony upon oral examination before a notary public qualified to give oaths at the time and place indicated below. The deposition will continue for day to day until completed. Said deposition will be for the purpose of discovery or use as evidence in this action, or both, and will be taken pursuant to the Rules of this Court.

Date: Thursday, May 25, 2006 at 1:30 p.m.

Place: Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W., Suite 700, North Building
Washington, D.C. 20036

DATED: May 9, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: ______________________
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,*
*CHEROKEE MEDICAL SERVICES LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and hand-delivered to the following individual on this 9th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S. M. Watson
Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden &
Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-946C<br>(Judge Wheeler) |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 9, 2006, I served on counsel hereto, a Notice of Deposition of Joyce Nadeau, Health Care Acquisition Activity, Chief, Policy and Compliance, together with a copy of this Certificate Regarding Discovery.

I will retain the original documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Steven D. Cundra (D.C. Bar No. 374074)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., NW
Suite 700, North Building
Washington, D.C. 20036

*Attorney for Plaintiff, Cherokee Medical Services, LLC.*

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-946C<br>(Judge Wheeler) |

## NOTICE OF DEPOSITION OF RODNEY STEVENSON

PLEASE TAKE NOTICE that on May 9, 2006, Plaintiff Cherokee Medical Services, LLC, by an through counsel, hereby served a Notice of Deposition upon Defendant for the deposition of Rodney Stevenson, Health Care Acquisition Activity, Task Order Ombudsman, to take the testimony upon oral examination before a notary public qualified to give oaths at the time and place indicated below. The deposition will continue for day to day until completed. Said deposition will be for the purpose of discovery or use as evidence in this action, or both, and will be taken pursuant to the Rules of this Court.

Date: Friday, May 26, 2006 at 9:30 a.m.

Place: Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W., Suite 700, North Building
Washington, D.C. 20036

DATED: May 9, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: ______________________
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,*
*CHEROKEE MEDICAL SERVICES LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and hand-delivered to the following individual on this 9th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S.M. Watson

Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden &
Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-946C<br>(Judge Wheeler) |

CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 9, 2006, I served on counsel hereto, a Notice of Deposition of Rodney Stevenson, Health Care Acquisition Activity, Task Order Ombudsman, together with a copy of this Certificate Regarding Discovery.

I will retain the original documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Steven D. Cundra (D.C. Bar No. 374074)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., NW
Suite 700, North Building
Washington, D.C. 20036

*Attorney for Plaintiff, Cherokee Medical Services, LLC.*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-946C<br>(Judge Wheeler) |

**NOTICE OF DEPOSITION OF DAN SHACKELFORD**

PLEASE TAKE NOTICE that on May 9, 2006, Plaintiff Cherokee Medical Services, LLC, by an through counsel, hereby served a Notice of Deposition upon Defendant for the deposition of Dan Shackelford, Health Care Acquisition Activity, Chief, Small Business Program, to take the testimony upon oral examination before a notary public qualified to give oaths at the time and place indicated below. The deposition will continue for day to day until completed. Said deposition will be for the purpose of discovery or use as evidence in this action, or both, and will be taken pursuant to the Rules of this Court.

Date: Friday, May 26, 2006 at 1:30 p.m.

Place: Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W., Suite 700, North Building
Washington, D.C. 20036

DATED: May 9, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: ______________________
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,
CHEROKEE MEDICAL SERVICES LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and hand-delivered to the following individual on this 9th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S.M. Watson

Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-946C<br>(Judge Wheeler) |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on May 9, 2006, I served on counsel hereto, a Notice of Deposition of Rodney Dan Shackelford, Health Care Acquisition Activity, Chief, Small Business Program, together with a copy of this Certificate Regarding Discovery.

I will retain the original documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Steven D. Cundra (D.C. Bar No. 374074)
Hall, Estill, Hardwick, Gable, Golden &
Nelson, P.C.
1120 20th St., NW
Suite 700, North Building
Washington, D.C. 20036

*Attorney for Plaintiff, Cherokee Medical Services, LLC.*