# EXHIBIT 2

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-946C (Judge Wheeler) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION UPON ORAL EXAMINATION OF DEFENDANT THE UNITED STATUS OF AMERICA

PLEASE TAKE NOTICE that, pursuant to RCFC 30(b)(6), Plaintiff, by and through their undersigned attorneys, will take the testimony by deposition, by stenographic recording, before a notary public authorized to give oaths of a representative of Defendant The United States of America on May 30, 2006 at 10:00 a.m. at the law offices of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. at 1120 20th Street, N.W., Suite 700, North Building, Washington, D.C. 20036. The deposition will continue from day-to-day thereafter until completed.

The Defendants is requested to designate one or more person(s) to testify on its behalf as to all matters known or reasonably available to the Defendants with respect to the following:

a. All other instances in the last five (5) years where filling non-troop care status positions in Germany was accomplished.

b. Solicitations in the last five (5) years showing the schedules for filling non-troop care status positions in Germany.

c. The specifications of the contracts that are at issue in this case.

d. The other competitors who submitted bids for the contracts that are at issue in this case.

e. The questions asked by Rodney Stevenson and answers provided by Margaret Otto and Anita Puterbaugh in emails between these parties dated October 25, 2004, 10:14 p.m., October 26, 2004, 9:56 p.m., and 12:23 a.m., and October 27, 2004, 12:17 a.m.

Please bring with you to the examination any previously requested documents that pertain to these areas.

f. Statistics or numbers on how many non-troop care positions have been filled in Germany in the last five (5) years

DATED: May 12, 2006

Respectfully submitted,
Cherokee Medical Services, LLC

By: ______________________
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy Epstein Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

Margaret A. Swimmer
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

*ATTORNEYS FOR PLAINTIFF,*
*CHEROKEE MEDICAL SERVICES LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was hand delivered and mailed via first class mail, postage prepaid, to the following individual on this 12th day of May 2006:

J. Reid Prouty
Trail Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S M. Watson

Sarah M. Watson
Legal Assistant
Hall, Estill, Hardwick, Gable, Golden &
Nelson, P.C.
1120 20th St., N.W.
Suite 700, North Building
Washington, D.C. 20036