# In the United States Court of Federal Claims

No. 05-946C

(Filed: June 6, 2006)

| | |
|---|---|
| ************************************** | * |
| | * |
| CHEROKEE MEDICAL SERVICES LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

**ORDER**

On June 2, 2006, counsel for the parties filed a Joint Motion for Extension of Time to Complete Discovery. The parties ask for an additional 60 days to resolve conflicts and complete the discovery process. For good cause shown, the motion is GRANTED, and discovery shall now close on Tuesday, August 1, 2006. In addition, the telephone status conference originally scheduled for June 12, 2006 at 10:00 AM will now be held on Thursday, August 3, 2006 at 2:00 PM Eastern time.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge