# In the United States Court of Federal Claims

No. 05-946C

(Filed: August 9, 2006)

*************************************** *
*
CHEROKEE MEDICAL SERVICES LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

On August 9, 2006, the Court held a telephonic status conference with counsel for the parties. As discussed during the status conference, the parties shall file with the Court a Joint Status Report on or before August 23, 2006. The Report shall provide information on whether the parties want to pursue alternative dispute resolution, whether there are any outstanding discovery issues, and a proposed schedule for the resolution of this case. The parties may include any other relevant information as they deem appropriate.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge