IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-946C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 9, 2006 order, the parties file this Joint Status Report to inform the Court of the status of settlement discussions in this case.

We are pleased to inform the Court that the attorneys for the parties have come to agreement upon a proposed settlement, pending approval from the appropriate authorities at the Department of Justice. We anticipate that such a decision will be forthcoming shortly and that, if the settlement is approved, the parties will be able to stipulate to the dismissal of this case soon thereafter.

Accordingly, we respectfully request that the Court stay proceedings in this case until the parties can stipulate to its dismissal. In the event that settlement approval authority at the Department of Justice disapproves of the proposed settlement, the parties will promptly submit a joint status report so notifying the Court and proposing a future course of proceedings for this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Steven D. Cundra
STEVEN D. CUNDRA
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C
1120 20th Street, N.W.
Suite 700, North Building
Washington, DC 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

Attorney for Plaintiff

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

August 23, 2006