# In the United States Court of Federal Claims

No. 05-946C

(Filed: August 24, 2006)

****************************************** *
*
CHEROKEE MEDICAL SERVICES LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

**ORDER**

On August 23, 2006, counsel for the parties filed a Joint Status Report requesting that the case be stayed to complete settlement. Accordingly, for good cause shown, the motion is GRANTED, and the case is hereby stayed for 30 days. The parties shall file a Joint Status Report with the Court on September 25, 2006, or when the case is settled, whichever occurs earlier.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge