IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-946C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 24, 2006 order, the parties file this Joint Status Report to inform the Court of the status of settlement discussions in this case.

The parties have come to agreement upon the terms of the settlement and that settlement has been approved by the necessary authority at the Department of Justice. Unfortunately, plaintiff's counsel suffered a brief bout of illness which, combined with the travel schedule of Government counsel, precluded final concurrence and signature upon the language of the settlement agreement. We anticipate the matter will be resolved in short order.

Accordingly, we respectfully request that the Court continue the stay of proceedings in this case for an additional two weeks until the parties can stipulate to its dismissal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Steven D. Cundra
STEVEN D. CUNDRA
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C
1120 20th Street, N.W.
Suite 700, North Building
Washington, DC 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

Attorney for Plaintiff

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

September 22, 2006