# In the United States Court of Federal Claims

No. 05-946C

(Filed: September 22, 2006)

*************************************** *
*
CHEROKEE MEDICAL SERVICES LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

On September 22, 2006, counsel for the Defendant filed on behalf of the parties a Joint Status Report requesting that the case be stayed to finalize settlement. Accordingly, for good cause shown, the motion is GRANTED, and the case is hereby stayed for two weeks, to and including October 6, 2006. The parties shall file a Joint Status Report with the Court on October 10, 2006, or when the case is settled, whichever occurs earlier.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge