IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, Plaintiff, | ) | |
| v. | ) | No. 05-946C (Judge Wheeler) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's September 22, 2006 order, the parties file this Joint Status Report to inform the Court of the status of settlement discussions in this case.

Since the last status report, the parties have come to agreement upon the language of the settlement agreement and expect to execute it within a matter of days. The agreement requires each party to take specified actions, after which the parties will stipulate to dismissal of the case.

Accordingly, we respectfully request that the Court continue the stay of proceedings in this case until the parties can complete those actions required in the settlement agreement and stipulate to the dismissal of the case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Steven D. Cundra
STEVEN D. CUNDRA
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C
1120 20th Street, N.W.
Suite 700, North Building
Washington, DC 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

Attorney for Plaintiff

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

October 10, 2006