# In the United States Court of Federal Claims

No. 05-946C

(Filed: October 11, 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| CHEROKEE MEDICAL SERVICES, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

## ORDER

On October 10, 2006, counsel for the Defendant filed on behalf of the parties a Joint Status Report requesting that the case be stayed to allow time to execute a final settlement agreement. Accordingly, for good cause shown, the motion is GRANTED, and the case is hereby stayed for two weeks, to and including October 25, 2006. The parties shall file a Joint Status Report with the Court on October 26, 2006, or when the case is settled, whichever occurs earlier.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge