IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, Plaintiff, | ) | |
| v. | ) | No. 05-946C (Judge Wheeler) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT STATUS REPORT**

The parties file this joint status report to inform the Court of the progress of the settlement in this case.

Since the last status report, the parties have undertaken all steps necessary to comply with the requirements of the settlement agreement executed by all parties. At this point, we are awaiting confirmation that certain contract modifications are satisfactory. We expect this confirmation within a matter of days and, upon receiving it, plaintiff will join with the Government in stipulating to the dismissal of this suit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Steven D. Cundra
STEVEN D. CUNDRA
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C
1120 20th Street, N.W.
Suite 700, North Building
Washington, DC 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

Attorney for Plaintiff

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

November 20, 2006