IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEROKEE MEDICAL SERVICES, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-946C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the rules of this Court, the parties stipulate to the dismissal, with prejudice, of this action, including all claims and counterclaims, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Steven D. Cundra
STEVEN D. CUNDRA
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C
1120 20th Street, N.W.
Suite 700, North Building
Washington, DC 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

Attorney for Plaintiff

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

December 4, 2006